FLOYD BAILEY et al., Respondents, *v.* JOHN T. MARTIN, Appellant.

(Argued January 5, 1875; decided May term, 1875.)

THE opinion in this case was not handed down.

*A. J. Vanderpoel* for the appellant.

*G. W. Fullerton* for the respondents.

GRAY, C., reads for affirmance.
All concur, except DWIGHT, C., who favors a modification as to amount of judgment.
Judgment affirmed